[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 1, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-15571
Non-Argument Calendar

_____

D. C. Docket No. 06-00035-CR-5-RS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BRANNON JERMAINE SPENCER,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(May 1, 2007)**

Before ANDERSON, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

Christopher N. Patterson, counsel for Brannon Jermaine Spencer, has filed a

motion to withdraw on appeal supported by a brief prepared pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Spencer's conviction and sentence are **AFFIRMED**.